**Ex parte Hilario MARTINEZ.**

No. 28977.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the District Court of Bexar County refusing to reduce the amount of bail after a hearing upon a writ of habeas corpus.

Appellant has now filed his personal affidavit stating he has been released on bail and requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.

**Joseph E. DRUMM, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28948.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

**Thurman JOHNSON**

v.

**STATE.**

No. 28959.

Court of Criminal Appeals of Texas.

April 3, 1957.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for aggravated assault; the punishment, confinement in jail for thirty days.

Appellant has filed his personal affidavit requesting that the appeal be dismissed.

The request is accordingly granted and the appeal is dismissed.